| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 05-1022-1 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08 CRIM 304 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ABSYLOM NYAMEKYE | DISTRICT Northern District of Iowa | DIVISION Cedar Rapids |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Linda R. Reade, Chief U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/28/2007 — TO 12/27/2010 |

OFFENSE: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D) and 846 - Conspiracy to Distribute Schedule III and IV Controlled Substances

18 U.S.C. §§ 1956(a)(1)(A)(i) and 1956(h) - Conspiracy to Launder Money

## PART 1 - ORDER TRANSFERRING JURISDICTION

JUDGE HOLWELL

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the sentencing Court to the United States District Court accepting jurisdiction of this case upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

March 26, 2008
*Date*

*[signature]*
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

*Effective Date*

*James C. Francis IV*
*United States District Judge*

JAMES C
UNITED STATES
SOUTHERN DIST

CALLY FILED
APR 0 8 2008