

P47314/MAC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

**08CRIM 304**

TO:     Jim Molinelli, Miscellaneous Clerk

FROM:   Margaret A. Carroll, SR United States Probation Officer

RE:     Absylom Kwabena Nyamekye

DATE:   April 3, 2008

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On April 21, 2006 the above-named individual was sentenced in the Northern District of Iowa outlined in the attached J & C.

In March 26, 2008, we received the Prob. 22's endorsed by the Honorable Linda R. Reade, Chief U.S. District Court Judge, ordering Mr. Nyamekye's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5153.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Margaret A. Carroll*
Margaret A. Carroll
SR U.S. Probation Officer

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
APR 08 2008
DATE FILED: